No. 71–5982. MARCELIN v. NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 71–5984. WALKER v. TWOMEY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 71–5986. CARLSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–5987. JONES v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–5993. DADURIAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 71–5994. FENTRESS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 71–5995. BREWER v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 71–5997. ARCHER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 71–5999. MASTERS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 71–6000. DUNLEAVAY v. ROCKEFELLER CENTER, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–6002. WOOD v. CIRCUIT COURT OF WARREN COUNTY, TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 71–6003. STRICKLAND v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 71–6004. HOOKS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.